UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Mario Navia Jr., et al.
                              Plaintiff,

v.                                                                       Case No.: 1:09−cv−00035
                                                                          Honorable David H. Coar

Garcia, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 3, 2010:

       On 3/3/2010 Copy of Order of Dismissal mailed by the Courtroom Deputy to Mario Navia, Sr.Esther Gomez, Mario Navia, Jr., at the address on the Certificate of Service provided in document #91. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.